15 So.2d 924

**Donnie MILAN v. STATE.**

5 Div. 201.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

15 So.2d 924

**A. L. MILLER v. STATE.**

4 Div. 790.

Court of Appeals of Alabama.
Nov. 9, 1943.

J. C. Fleming, of Elba, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed, motion of appellant.

11 So.2d 881

**S. J. MILLER v. STATE.**

8 Div. 280.

Court of Appeals of Alabama.
Feb. 2, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

11 So.2d 881

**Ed MILLS v. STATE.**

7 Div. 710.

Court of Appeals of Alabama.
Jan. 19, 1943.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

20 So.2d 895

**Oscar, alias Jack Oscar, MIMS v. STATE.**

5 Div. 185.

Court of Appeals of Alabama.
Nov. 28, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

12 So.2d 873

**Alvie MINOR v. STATE.**

8 Div. 148.

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.